ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSANA PETROV,

                Plaintiff,

v.

SENSIO COMPANY (US) INC., et al.,

                Defendants.

24 Civ. 0491 (LLS)

ORDER

    Pursuant to the conference held before this Court on October 2, 2025, defendants Sensio Company (US) Inc. and Sensio Inc. may move to file a third-party complaint against Ningbo Hongyi Electrical Appliance Co., Ltd. and/or Ningbo Hongyi Manufacture Electronics Co., Ltd. and submit an updated proposed scheduling order (Dkt. No. 33). Plaintiff may oppose this motion in accordance with Local Rule 6.1(b) of this District.

    Plaintiff's letter motion to compel 30(b)(6) deposition(s) on the requested topics is granted. (Dkt. No. 34).

    So ordered.

Dated:    New York, New York
          October 27, 2025

                                          *Louis L. Stanton*
                                          LOUIS L. STANTON
                                              U.S.D.J.